**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7078**

---

MARCUS DEVAN HUNTER,

             Petitioner - Appellant,

     v.

HAROLD REEP,

             Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:23-cv-00209-MR)

---

Submitted:  April 19, 2024                               Decided:  July 24, 2024

---

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Marcus Devan Hunter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Devan Hunter, a North Carolina prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition for failure to assert cognizable habeas claims, and noting that claims would more properly be brought in an action under 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.[*] *Hunter v. Reep*, No. 1:23-cv-00209-MR (W.D.N.C. Sept. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny as unnecessary Hunter's motion for a certificate of appealability ("COA") because Hunter's claims were not properly raised under § 2241. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009) (ruling COA requirement only "governs final orders that dispose of the merits of a habeas corpus proceeding").